UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CRIM. ACTION NO. 3:07-cr-0285-B-1 |
| | § | |
| | § | |
| FREDDY LEE FOOTS, | § | |
| | § | |
| Defendant. | § | |

### MEMORANDUM OPINION AND ORDER

Before the Court is Defendant Freddy Lee Foots's Motion for Reconsideration (Doc. 184). The motion is **DENIED**. Mr. Foots has appealed the Court's Order denying him compassionate release. *See* Doc. 179, Notice of Appeal. Therefore, this Court does not have jurisdiction to reconsider its Order. *See United States v. Neuman*, 2012 WL 2327929, at *3 (E.D. La. June 18, 2012) ("Generally, filing a notice of appeal divests the district court of jurisdiction over matters involved in the appeal, in both civil and criminal cases.") (citing *United States v. Brooks.*, 145 F.3d 446, 455–56 (1st Cir. 1998)).

This ruling does not prevent Mr. Foots from filing another motion for compassionate release at a later date, should he terminate or lose his appeal.

**SO ORDERED.**

**SIGNED: July 21, 2020.**

_[signature]_
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE